# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re  Equipment Equity Holdings, Inc.

Case No.    09-38306-sgj-11

Chapter    11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $4,983,528.11 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | $31,860,927.84 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | unknown | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 20 | $4,983,528.11 | $31,860,927.84 | |

In re   Equipment Equity Holdings, Inc.                    Case No.    09-38306-sgj-11
                                                                       (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |

Total: $0.00

(Report also on Summary of Schedules)

In re  **Equipment Equity Holdings, Inc.**                      Case No.  __09-38306-sgj-11__
                                                                         (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | account with Bank of America, 540 W. Madison St., 16th Floor, Chicago, IL 60661<br><br>Escrow account with Bank of America, 135 s. LaSalle St., Ste. 1840, Chicago, IL 60603 | $367,729.33<br><br>$998,798.78 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |

In re  Equipment Equity Holdings, Inc.                    Case No.    09-38306-sgj-11
                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Minority stock interest in Strategic Equipment and Supply Corporation. (Minority interest as valued for affiliated entity for audit purposes.) | $3,600,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | X | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |

In re  Equipment Equity Holdings, Inc.                    Case No.    09-38306-sgj-11
                                                                   (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | State Taxes Refundable | $17,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |

In re  Equipment Equity Holdings, Inc.                     Case No.   09-38306-sgj-11
                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops – growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____3_____ continuation sheets attached          **Total >**   **$4,983,528.11**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  Equipment Equity Holdings, Inc.                    Case No.  09-38306-sgj-11
                                                                   (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                      $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| | | | |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to ca commenced on or after the date of adjustment.                          $0.00          $0.00

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>Andrew Scruggs<br>9201 Friars Way<br>Knoxville, TN 37922 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business debt**<br>COLLATERAL:<br>**business assets**<br>REMARKS:<br><br>VALUE:                      $0.00 | | | | $311,732.34 | |
| ACCT #:<br><br>Ed Poore<br>1530 Courtney Oak Lane<br>Knoxville, TN 37938 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business debt**<br>COLLATERAL:<br>**business assets**<br>REMARKS:<br><br>VALUE:                      $0.00 | | | | $132,322.71 | |
| ACCT #:<br><br>Glenco Capital Partners II, LP<br>222 W. Adams St., Ste. 1000<br>Chicago, IL 60606 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business debt**<br>COLLATERAL:<br>**business assets**<br>REMARKS:<br><br>VALUE:                      $0.00 | | | | $16,541,588.29 | |
| ACCT #:<br><br>Glenco Capital Partners II, LP<br>222 W. Adams St., Ste. 1000<br>Chicago, IL 60606 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business debt**<br>COLLATERAL:<br>**business assets**<br>REMARKS:<br><br>VALUE:                      $0.00 | | | | $411,349.55 | |

Subtotal (Total of this Page) >   $17,396,992.89

Total (Use only on last page) >

_____4_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities

B6D (Official Form 6D) (12/07) - Cont.
    In re  **Equipment Equity Holdings, Inc.**

Case No.  **09-38306-sgj-11**
                         (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>Glenco Capital Partners II, LP<br>222 W. Adams St., Ste. 1000<br>Chicago, IL 60606 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business debt**<br>COLLATERAL:<br>**business assets**<br>REMARKS:<br><br>VALUE: $0.00 | | | | $89,974.02 | |
| ACCT #:<br><br>Glenco Growth Closely Held Business Fund, LP<br>222 W. Adams St., Ste. 1000<br>Chicago, IL 60606 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business debt**<br>COLLATERAL:<br>**business assets**<br>REMARKS:<br><br>VALUE: $0.00 | | | | $238,198.88 | |
| ACCT #:<br><br>Harold Gernsbacher<br>c/o Robert Simon<br>Barlow Garsek & Simon, LLP<br>3815 Lisbon Street<br>Fort Worth, TX 76107 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business debt**<br>COLLATERAL:<br>**business assets**<br>REMARKS:<br><br>VALUE: $0.00 | | | | $1,058,661.69 | |
| ACCT #:<br><br>Kevin Bruce<br>5310 Rock Cliff Place<br>Dallas, TX 75289 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business debt**<br>COLLATERAL:<br>**business assets**<br>REMARKS:<br><br>VALUE: $0.00 | | | | $793,996.27 | |

Sheet no. **1** of **4** continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >      $2,180,830.86

Total (Use only on last page) >

| | |
|---|---|
| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>Mass Mutual High Yield Partners, II, LLC<br>1500 Main St.<br>Springfield, MA 01115 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business debt**<br>COLLATERAL:<br>**business assets**<br>REMARKS:<br><br>VALUE: $0.00 | | | | $1,337,602.06 | |
| ACCT #:<br><br>Massachusetts Mutual Life Ins.<br>1500 Main St.<br>Springfield, MA 01115 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business debt**<br>COLLATERAL:<br>**business assets**<br>REMARKS:<br><br>VALUE: $0.00 | | | | $3,230,705.41 | |
| ACCT #:<br><br>Robert N. Zintgraff<br>Barlow Garsek & Simon, LLP<br>3815 Lisbon St.<br>Fort Worth, TX 76107 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business debt**<br>COLLATERAL:<br>**business assets**<br>REMARKS:<br><br>VALUE: $0.00 | | | | $396,998.14 | |
| ACCT #:<br><br>S. Reed Jackson<br>3709 Hidden Hills Court<br>Albany, GA 31707 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business debt**<br>COLLATERAL:<br>**business assets**<br>REMARKS:<br><br>VALUE: $0.00 | | | | $317,598.51 | |

Sheet no.  __2__  of __4__  continuation sheets attached    Subtotal (Total of this Page) >   $5,282,904.12
to Schedule of Creditors Holding Secured Claims           Total (Use only on last page) >

|  | |
|---|---|
| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities |

B6D (Official Form 6D) (12/07) - Cont.
In re   Equipment Equity Holdings, Inc.

Case No.   09-38306-sgj-11
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>Stockwell Fund, LP<br>222 W. Adams St.<br>Suite 1000<br>Chicago, IL 60606 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business debt**<br>COLLATERAL:<br>**business assets**<br>REMARKS:<br><br>VALUE:                    $0.00 | | | | $6,465,005.76 | |
| ACCT #:<br><br>Thomas Garvin<br>1519 Foothill Court<br>Wheaton, IL 60187 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business debt**<br>COLLATERAL:<br>**business assets**<br>REMARKS:<br><br>VALUE:                    $0.00 | | | | $53,797.14 | |
| ACCT #:<br><br>Thomas L. Bindley Revocable Tr<br>631 Briar Lane<br>Northfield, IL 60093 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business debt**<br>COLLATERAL:<br>**business assets**<br>REMARKS:<br><br>VALUE:                    $0.00 | | | | $79,105.63 | |
| ACCT #:<br><br>W. David Campbell<br>2400 West Doublegate Dr.<br>Albany, GA 31707 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business debt**<br>COLLATERAL:<br>**business assets**<br>REMARKS:<br><br>VALUE:                    $0.00 | | | | $317,598.51 | |

Sheet no. __3__ of 4 continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >   $6,915,507.04   $6,915,507.04

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities

B6D (Official Form 6D) (12/07) - Cont.
In re  Equipment Equity Holdings, Inc.

Case No.   09-38306-sgj-11
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>Walter Eskuri<br>20551 Ebony Dr.<br>Richmond, MN 56368 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business debt**<br>COLLATERAL:<br>**business assets**<br>REMARKS:<br><br>VALUE:                    $0.00 | | | | $31,759.84 | |
| ACCT #:<br><br>William Alsenberg<br>PO Box 112267<br>Carrollton, TX 75011 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business debt**<br>COLLATERAL:<br>**business assets**<br>REMARKS:<br><br>VALUE:                    $0.00 | | | | $52,933.09 | |
| | | | | | | | |
| | | | | | | | |

Sheet no.    4        of 4          continuation sheets attached       Subtotal (Total of this Page) >   | $84,692.93 | $84,692.93
to Schedule of Creditors Holding Secured Claims          Total (Use only on last page) >   | $31,860,927.84 | $31,860,927.84

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sh

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian,
or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to
qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use,

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors
of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of*

_____No_____continuation sheets attached

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Andrew Scruggs**<br>**9201 Friars Way**<br>**Knoxville, TN 37922** | | DATE INCURRED:<br>CONSIDERATION:<br>**Junior Subordinated Prom. Note**<br>REMARKS:<br>**Claimant is a current shareholder in Debtor and is a former officer, director and/or member of management.** | | | | Unknown |
| ACCT #:<br>**Cynthia Jackson**<br>**3709 Hidden Hills Court**<br>**Albany, GA 31707** | | DATE INCURRED:<br>CONSIDERATION:<br>**Junior Subordinated Promissory Note**<br>REMARKS:<br>**Claimant is a current shareholder in Debtor.** | | | | Unknown |
| ACCT #:<br>**David S. Evans**<br>**222 W. Adams St., Ste. 1000**<br>**Chicago, IL 60606** | | DATE INCURRED:<br>CONSIDERATION:<br>**indemnity obligations per state court lawsuit**<br>REMARKS: | X | X | | Unknown |
| ACCT #:<br>**Gene Lee**<br>**PO Box 1351**<br>**Tampa, FL 33601** | | DATE INCURRED:<br>CONSIDERATION:<br>**Junior Subordinated Promissory Note**<br>REMARKS:<br>**Claimant is a former officer, director and/or member of management.** | | | | Unknown |
| ACCT #:<br>**Glencoe Capital Part. II, LP**<br>**222 West Adams St., Ste. 1000**<br>**Chicago, IL 60606** | | DATE INCURRED:<br>CONSIDERATION:<br>**indemnity obligations per state court lawsuit**<br>REMARKS: | X | X | | Unknown |
| ACCT #:<br>**Glencoe Capital, LLC**<br>**222 West Adams St., Ste. 1000**<br>**Chicago, IL 60606** | | DATE INCURRED:<br>CONSIDERATION:<br>**indemnity obligations per state court lawsuit**<br>REMARKS: | X | X | | Unknown |

Subtotal >   **$0.00**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

___6___ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.
In re  **Equipment Equity Holdings, Inc.**
        Case No.  <u>09-38306-sgj-11</u>
                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Harold Gernsbacher**<br>**c/o Robert Simon**<br>**3815 Lisbon St.**<br>**Fort Worth, TX 76107** | | DATE INCURRED:<br>CONSIDERATION:<br>**State court lawsuit claims**<br>REMARKS:<br>Claimant is a current shareholder in Debtor and is a former officer, director and/or member of management. | X | X | X | Unknown |
| ACCT #:<br>**Harold Gernsbacher**<br>**644 Lakehurse Ave.**<br>**Dallas, TX 75230** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**James Palm**<br>**c/o Robert Simon**<br>**Barlow Garsek & Simon LLP**<br>**3815 Lisbon Street**<br>**Fort Worth, TX 76107** | | DATE INCURRED:<br>CONSIDERATION:<br>**State court lawsuit claims**<br>REMARKS:<br>Claimant is a current shareholder in Debtor and is a former officer, director and/or member of management. | X | X | X | Unknown |
| ACCT #:<br>**James Scruggs**<br>**c/o Andrew Scruggs**<br>**9201 Friars Way**<br>**Knoxville, TN 37922** | | DATE INCURRED:<br>CONSIDERATION:<br>**Junior Subordinated Promissory Note**<br>REMARKS:<br>Claimant is a current shareholder in Debtor. | | | | Unknown |
| ACCT #:<br>**Jeff Grandy**<br>**100 Roosevelt Rd.**<br>**Saint Cloud, MN 56301** | | DATE INCURRED:<br>CONSIDERATION:<br>**Junior Subordinated Promissory Note**<br>REMARKS:<br>Claimant is a current shareholder in Debtor and is a former officer, director and/or member of management. | | | | Unknown |
| ACCT #:<br>**Jeffrey Vreeland**<br>**c/o Jeffrey Grandy**<br>**100 Roosevelt Rd.**<br>**Saint Cloud, MN 56301** | | DATE INCURRED:<br>CONSIDERATION:<br>**Junior Subordinated Promissory Note**<br>REMARKS:<br>Claimant is a current shareholder in Debtor and is a former officer, director and/or member of management. | | | | Unknown |

Sheet no.  <u>1</u>  of <u>6</u>  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$0.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.
In re   Equipment Equity Holdings, Inc.

Case No.   09-38306-sgj-11
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Kevin Bruce<br>5310 Rock Cliff Place<br>Dallas, TX 75209 | | DATE INCURRED:<br>CONSIDERATION:<br>**Indemnity obligations per state court lawsuit**<br>REMARKS: | X | X | | Unknown |
| ACCT #:<br>Kristin Palm<br>c/o Robert Simon<br>Barlow Garsek & Simon LLP<br>3815 Lisbon Street<br>Fort Worth, TX 76107 | | DATE INCURRED:<br>CONSIDERATION:<br>**State court lawsuit claims**<br>REMARKS: | X | X | X | Unknown |
| ACCT #:<br>Lee Scruggs<br>c/o Andrew Scruggs<br>9201 Friars Way<br>Knoxville, TN 37922 | | DATE INCURRED:<br>CONSIDERATION:<br>**Junior Subordinated Promissory Note**<br>REMARKS:<br>Claimant is a current shareholder in Debtor<br>and is a former officer, director and/or<br>member of management. | | | | Unknown |
| ACCT #:<br>Louis J. Manetti<br>222 West Adams St., Ste. 1000<br>Chicago, IL 60606 | | DATE INCURRED:<br>CONSIDERATION:<br>**Indemnity obligations per state court lawsuit**<br>REMARKS: | X | X | | Unknown |
| ACCT #:<br>Lynda Campbell<br>2400 W. Doublegate Dr.<br>Albany, GA 31707 | | DATE INCURRED:<br>CONSIDERATION:<br>**Junior Subordinated Promissory Note**<br>REMARKS:<br>Claimant is a current shareholder in Debtor. | | | | Unknown |
| ACCT #:<br>Mark Palm<br>c/o Robert Simon<br>Barlow Garsek & Simon, LLP<br>3815 Lisbon Street<br>Fort Worth, TX 76107 | | DATE INCURRED:<br>CONSIDERATION:<br>**State court lawsuit claims**<br>REMARKS:<br>Claimant is a former officer, director and/or<br>member of management. | X | X | X | Unknown |

Sheet no. __2__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $0.00

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
in re   Equipment Equity Holdings, Inc.

Case No.   09-38306-sgj-11
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Maureen Palm<br>c/o Robert Simon<br>Barlow Garsek & Simon LLP<br>3815 Lisbon Street<br>Fort Worth, TX 76107 | | DATE INCURRED:<br>CONSIDERATION:<br>**State court lawsuit claims**<br>REMARKS: | X | X | X | Unknown |
| ACCT #:<br>Michael Palm<br>c/o Robert Simon<br>Barlow Garsek & Simon, LLP<br>3815 Lisbon Street<br>Fort Worth, TX 76107 | | DATE INCURRED:<br>CONSIDERATION:<br>**State court lawsuit claims**<br>REMARKS:<br>Claimant is a current shareholder in Debtor<br>and is a former officer, director and/or<br>member of management. | X | X | X | Unknown |
| ACCT #:<br>Pamela Palm<br>c/o Robert Simon<br>Barlow Garsek & Simon LLP<br>3815 Lisbon Street<br>Fort Worth, TX 76107 | | DATE INCURRED:<br>CONSIDERATION:<br>**State court lawsuit claims**<br>REMARKS: | X | X | X | Unknown |
| ACCT #:<br>Reuben Palm<br>c/o Robert Simon<br>Barlow Garsek & Simon, LLP<br>3815 Lisbon Street<br>Fort Worth, TX 76107 | | DATE INCURRED:<br>CONSIDERATION:<br>**State court lawsuit claims**<br>REMARKS. | X | X | X | Unknown |
| ACCT #:<br>Richard Coonrod<br>7133 Gleason Rd.<br>Minneapolis, MN 55439 | | DATE INCURRED:<br>CONSIDERATION:<br>**indemnity obligations per state court lawsuit**<br>REMARKS: | X | X | | Unknown |
| ACCT #:<br>Richard Palm<br>c/o Robert Simon<br>Barlow Garsek & Simon, LLP<br>3815 Lisbon Street<br>Fort Worth, TX 76107 | | DATE INCURRED:<br>CONSIDERATION:<br>**State court lawsuit claims**<br>REMARKS:<br>Claimant is a current shareholder in Debtor. | X | X | X | Unknown |

Sheet no. __3__ of 6 _____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re    Equipment Equity Holdings, Inc.

Case No.    09-38306-sgj-11
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Robert N. Zintgraff<br>c/o Robert Simon<br>Barlow Garsek & Simon, LLP<br>3815 Lisbon St.<br>Fort Worth, TX 76107 | | DATE INCURRED:<br>CONSIDERATION:<br>**State court lawsuit claims**<br>REMARKS:<br>Claimant is a current shareholder in Debtor<br>and is a former officer, director and/or<br>member of management. | X | X | X | Unknown |
| ACCT #:<br>Robert N. Zintgraff<br>749 Tuxedo Ave.<br>San Antonio, TX 78209 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS. | | | | Notice Only |
| ACCT #:<br>Roger Vang<br>c/o Jeffrey Grandy<br>100 Roosevelt Rd.<br>St. Cloud, MN 56301 | | DATE INCURRED:<br>CONSIDERATION:<br>**Junior Subordinated Promissory Note**<br>REMARKS:<br>Claimant is a current shareholder in Debtor<br>and is a former officer, director and/or<br>member of management. | | | | Unknown |
| ACCT #:<br>Ronald Wray<br>4203 Halifax Court<br>Naperville, IL 60564 | | DATE INCURRED:<br>CONSIDERATION:<br>**indemnity obligations per state court lawsuit**<br>REMARKS: | X | X | | Unknown |
| ACCT #:<br>S. Reed Jackson<br>3709 Hidden Hills Court<br>Albany, GA 31707 | | DATE INCURRED:<br>CONSIDERATION:<br>**Junior Subordinated Promissory Note**<br>REMARKS:<br>Claimant is a current shareholder in Debtor<br>and is a former officer, director and/or<br>member of management. | | | | Unknown |
| ACCT #:<br>SESC Acquisition Co. Inc.<br>5010 Riverside Dr. Ste. 1000<br>Irving, TX 75039 | | DATE INCURRED:<br>CONSIDERATION:<br>**indemnity obligations per state court lawsuit**<br>REMARKS: | X | X | | Unknown |

Sheet no. __4__ of 6 _____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $0.00

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Shannon Palm<br>c/o Robert Simon<br>Barlow Garsek & Simon LLP<br>3815 Lisbon Street<br>Fort Worth, TX 76107 | | DATE INCURRED:<br>CONSIDERATION:<br>**State court lawsuit claims**<br>REMARKS: | X | X | X | Unknown |
| ACCT #:<br>Stephen Howze<br>PO Box 1351<br>Tampa, FL 33601 | | DATE INCURRED:<br>CONSIDERATION:<br>**Junior Subordinated Promissory Note**<br>REMARKS:<br>Claimant is a former officer, director and/or member of management. | | | | Unknown |
| ACCT #:<br>Stephen Reynolds<br>PO Box 1351<br>Tampa, FL 33601 | | DATE INCURRED:<br>CONSIDERATION:<br>**Junior Subordinated Promissory Note**<br>REMARKS: | | | | Unknown |
| ACCT #:<br>Susan Palm<br>c/o Robert Simon<br>Barlow Garsek & Simon LLP<br>3815 Lisbon Street<br>Fort Worth, TX 76107 | | DATE INCURRED:<br>CONSIDERATION:<br>**State court lawsuit claims**<br>REMARKS: | X | X | X | Unknown |
| ACCT #:<br>Terence S. Malone<br>4230 N. 46th St.<br>Milwaukee, WI 53216 | | DATE INCURRED:<br>CONSIDERATION:<br>**Indemnity obligations per state court lawsuit**<br>REMARKS: | X | X | | Unknown |
| ACCT #:<br>Thomas Palm<br>c/o Robert Simon<br>Barlow Garsek & Simon, LLP<br>3815 Lisbon Street<br>Fort Worth, TX 76107 | | DATE INCURRED:<br>CONSIDERATION:<br>**State court lawsuit claims**<br>REMARKS:<br>Claimant is a current shareholder in Debtor. | X | X | X | Unknown |

Sheet no. __5__ of 6 _____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $0.00

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re    Equipment Equity Holdings, Inc.

Case No.   09-38306-sgj-11
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**W. David Campbell**<br>**2400 W. Doublegate Dr.**<br>**Albany, GA 31707** | | DATE INCURRED:<br>CONSIDERATION:<br>**Junior Subordinated Promissory Note**<br>REMARKS:<br>**Claimant is a current shareholder in Debtor**<br>**and is a former officer, director and/or**<br>**member of management.** | | | | **Unknown** |
| ACCT #:<br>**Walter Eskuri**<br>**20551 Ebony Dr.**<br>**Richmond, MN 56368** | | DATE INCURRED:<br>CONSIDERATION:<br>**Junior Subordinated Promissory Note**<br>REMARKS:<br>**Claimant is a current shareholder in Debtor**<br>**and is a former officer, director and/or**<br>**member of management.** | | | | **Unknown** |
| ACCT #:<br>**William Scruggs**<br>**c/o Andrew Scruggs**<br>**9201 Friars Way**<br>**Knoxville, TN 37922** | | DATE INCURRED:<br>CONSIDERATION:<br>**Junior Subordinated Promissory Note**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Zintgraff Investments, Ltd.**<br>**c/o Robert Simon**<br>**Barlow Garsek & Simon, LLP**<br>**3815 Lisbon St.**<br>**Fort Worth, TX 76107** | | DATE INCURRED:<br>CONSIDERATION:<br>**State court lawsuit claims**<br>REMARKS: | X | X | X | **Unknown** |
| | | | | | | |
| | | | | | | |

Sheet no. __6__ of 6_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$0.00**

Total >    **$0.00**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Case No.  <u>09-38306-sgj-11</u>
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)
In re  Equipment Equity Holdings, Inc.

Case No.   09-38306-sgj-11
(if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor
in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or
territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-
year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6 Declaration (Official Form 6 - Declaration) (12/07)
In re  Equipment Equity Holdings, Inc.

Case No.  09-38306-sgj-11
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **COO & CFO** _____ of the _____ **Corporation** _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ **22** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date **06/08/2010** _____             Signature __/s/ Beth A. Satterfield __ _____

                                         **Beth A. Satterfield**
                                         **COO & CFO**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or*
*both.  18 U.S.C. §§ 152 and 3571.*